**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eugene COOPER, Defendant–
Appellant.**

**No. 08–6530.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2009.

Decided: Sept. 3, 2009.

Eugene Cooper, Appellant Pro Se.
Rose Mary Sheppard Parham, Assistant
United States Attorney, Florence, South
Carolina, for Appellee.

Before TRAXLER, Chief Judge, and
MICHAEL and DUNCAN, Circuit
Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eugene Cooper appeals the district
court's order denying his motion for clarifi-
cation of the denial of a sentence reduction

for substantial assistance.* We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See
United States v. Cooper,* No. 4:00–cr–
01033–CWH–2 (D.S.C. Feb. 20, 2008). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*

---

\* On our initial remand for a determination of
excusable neglect or good cause under Fed.
R.App. P. 4(b)(4), the district court found no
excusable neglect based on its assessment of
the merits of the appeal. Such a merits re-
view of its own order is not the purpose of a
limited remand under Rule 4(b)(4). Howev-
er, because the time limits of Rule 4(b) are

not jurisdictional, *see Bowles v. Russell,* 551
U.S. 205, 127 S.Ct. 2360, 2363–66, 168
L.Ed.2d 96 (2007); *United States v. Urutyan,*
564 F.3d 679, 683–86 (4th Cir.2009), and the
Government has not moved to dismiss the
appeal as untimely, we decline to dismiss the
appeal as untimely and instead address the
merits of the motion for clarification.